

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/20/2015 03:30 PM

COURTROOM   9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:13-bk-05952-KRM** | **Chapter 11** | 02/05/2015 |
| **ADVERSARY:** 8:15-ap-00168-KRM | | **Pltf Atty:** Lori V Vaughan, Attorney for Trustee |
| | | **Dft Atty:** |
| **DEBTOR:** | American Managed Care, LLC | |

**HEARING:**

American Managed Care, LLC v. Hindu American Foundation, Inc.

Pretrial on Complaint by American Managed Care, LLC against Hindu American Foundation, Inc. (Recovery of money/property - 548 fraudulent transfer, other) (Vaughan, Lori), Doc. #1

**APPEARANCES:**:
  Lori Vaughan.

**RULING:**
Pretrial on Complaint by American Managed Care, LLC against Hindu American Foundation, Inc. (Recovery of money/property - 548 fraudulent transfer, other) (Vaughan, Lori), Doc. #1 -   Settled; Cont'd to 11/19/2015 at 1:30 pm; Announced in open court; no further notice.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.